United States District Court
Southern District of Texas
**ENTERED**
January 07, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGELITA L. SANCHEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-25-4224 |
| § | |
| FRANK BISIGNANO, *Commissioner of* § | |
| *Social Security Administration*, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of United States Magistrate Judge Richard W. Bennett on the Commissioner's Unopposed Motion for Entry of Judgment with Remand, (Docket Entry No. 9), and made a de novo determination. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam). Judge Bennett recommended granting the Commissioner's unopposed motion and remanding the case to the Commissioner for further administrative proceedings. Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This matter is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. An order of remand to the Commissioner is separately entered.

SIGNED on December 31, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge